ORIGINAL

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0398

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0398

DAVID SANDOVAL,

Petitioner,

v.

SILVER BOW COUNTY JAIL,
MARK JOHNSON,
Jail Administrator,

Respondents.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

David Sandoval has filed a Petition for Writ of Habeas Corpus, contending he is being illegally incarcerated due to being held on "no bond" in the Butte-Silver Bow County Detention Center. Sandoval asserts that he was arrested on December 21, 2021, and has had no court dates since that time.

We have obtained and reviewed copies of the docket sheets for Sandoval's three pending court cases. The State sought to charge Sandoval for various felony offenses, beginning in May 2021. In his first case (Cause No. DC-21-089), the District Court arraigned him on May 19, 2021 and released him. Sandoval had appearances for new offenses in his second and third cases in July 2021. In December 2021, the court issued a bench warrant for Sandoval's arrest and ordered he be held without bond in both his first and second cases. Since the time that Sandoval mailed his Petition to this Court, he has appeared with counsel at a July 20, 2022 hearing in his first two cases, and the court has re-set the pre-trial conference and jury trial to September 2022 in his third case.

Sandoval is not entitled to habeas corpus relief because he has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. Sandoval's current incarceration is due to his being held without bail pursuant to the bench warrant issued in his first two felony charges. Bail is a matter within the discretion of the trial court. The grant or denial of bail is a ruling we should not be inclined to disturb unless a clear abuse of such discretion

appears. *Grafft v. Mont. Fourth Judicial Dist. Court*, 2021 MT 201, ¶ 11, 405 Mont. 192, 197, 492 P.3d 1213 (citations omitted). Sandoval has not demonstrated a clear abuse of discretion.

We note that Sandoval has counsel to represent him in his underlying proceedings and should refrain from filing petitions on his own behalf with this Court. M. R. App. P. 10(1)(c). Sandoval may seek an appeal of any final judgment. Section 46-20-104(1), MCA.

IT IS ORDERED that Sandoval's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Robert J. Whelan, Second Judicial District Court; the Honorable Kurt Krueger, Second Judicial District Court; Tom Powers, Clerk of District Court, under Cause Nos. DC-21-89, DC-21-164, and DC-21-168; Kelli Johnson Fivey, Deputy County Attorney; Walter M. Hennessey, Defense Counsel; counsel of record; Mark Johnson, Butte-Silver Bow County Detention Center; and David Sandoval personally.

DATED this 9ᵗʰ day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2